AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Virginia

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2010 APR 22 PM 1:56

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

| | | |
|---|---|---|
| AvalonBay Communities, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:07cv998 |
| James R. Willden | ) | |
| *Defendant* | ) | |

**10-RJ-0008**

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___Jul 16, 2008___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: Apr 19, 2010

**Fernando Galindo, Clerk**
*CLERK OF COURT*

_____Kathryn M. Staake_____
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AVALONBAY COMMUNITIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 1:07cv998 |
| JAMES R. WILLDEN, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff AvalonBay Communities, Inc.'s ("AvalonBay") Motion for Partial Summary Judgment (Dkt. no. 28). For the reasons articulated in the accompanying Memorandum Opinion, it is hereby

ORDERED that AvalonBay's Motion For Summary Judgment on Counts I through IV of the Complaint (Dkt. no. 28) is GRANTED. It is further

ORDERED that having granted summary judgment to AvalonBay on Counts II and III of the Complaint, AvalonBay is entitled to a judgment in the amount of $16,536,989.19.

Further, it is ORDERED that upon Plaintiff's uncontested motion, Count V of the Complaint is DISMISSED. Lastly, pursuant to Rule 58 of the Federal Rules of Civil Procedure, this case is DISMISSED.

Entered this ___ day of July, 2008

/s/
Liam O'Grady
United States District Judge

Alexandria, Virginia

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY: Kathryn M. Stasko
DEPUTY CLERK